IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: HOEGLER, GREGORY  
        HOEGLER, PATRICIA

CASE NO: 09-53614

CHAPTER 7

Debtor(s)

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor and after 90 days the check has been declared stale. A stop payment has been issued on the checks remaining unpaid. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #12    RBS Citizens                                          $102.04  
                            480 Jefferson Blvd  
                            RJE 135  
                            Warwick RI 02886

2. Your trustee's check for $102.04 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 9, 2011

                                              Richard A. Wilson  
                                              Chapter 7 Trustee  
                                              1221 S. Water Street  
                                              Kent, Ohio 44240  
                                              Phone: 330-678-2850  
                                              Buckey56@sbcglobal.net

*[handwritten: ck # 3015]*  
*[handwritten: receipt # 82132]*

*[Filed stamp: 2011 FEB 10 PM 1:46, U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, AKRON]*